FILED

12/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0561

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0561

_____

IN THE MATTER OF

L.B.,

    Youth in need of Care.

_____

**ORDER**

_____

Upon consideration of Counsel's Motion to Withdraw as Counsel of Record, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Appellant in this matter shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender's Office.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to all counsel of record and to the Appellant at his last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 29 2022